# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1704

_____

| | | |
|---|---|---|
| Bobbie Dozier, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Lori Mosby; Arkansas Workers | * | Eastern District of Arkansas. |
| Compensation Commission, | * | |
| Administrative Law Judge; Arkansas | * | [UNPUBLISHED] |
| Public Employee Claims Division; | * | |
| Arkansas Court of Appeals, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 6, 2007
Filed: April 12, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Bobbie Dozier appeals from the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of her civil complaint. Upon de novo review, see Stringer v. St. James R-1 Sch. Dist., 446 F.3d 799, 802 (8th Cir. 2006), we agree with the district court's well-reasoned order. The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.